## MARKS v. KING.

EXCEPTIONS ordered to be heard in the first instance at general term. The action was brought by Byron Marks against Hiram I. King, as indorser of a promissory note. The defense was that the indorsement was a forgery. Evidence was given relative to the genuineness of the indorsement, and the jury found a verdict for the plaintiff.

*Giles W. Hotchkiss*, for plaintiff.

*Chapman & Martin*, for defendant.

BOCKES, J.

The admission and exclusion of certain evidence bearing on the genuineness of the indorsement were considered and the ruling of the court below sustained, and judgment was ordered on the verdict. The case presents no important points.

*Judgment for plaintiff.*